**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Cox Land Management Family, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  8 7 – 1 4 8 3 0 5 9

**4. Debtor's address**

**Principal place of business**

**c/o Mark Cox**

**4940 Emerson Street**
Number        Street

**Jacksonville, FL 32207**
City                          State    ZIP Code

**Duval**
County

**Mailing address, if different from principal place of business**

**c/o Mark Cox**

**708 E. American Eagle Dr.**
Number        Street

**Saint Augustine, FL 32092**
City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

**1346 Roberts Road**
Number        Street

**Saint Johns, FL 32259**
City                          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cox Land Management Family, LLC**                                    Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                   MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                           MM / DD / YYYY<br>      Case number, if known _____ |

Debtor    **Cox Land Management Family, LLC**                                    Case number *(if known)* _____
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard?  _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                    Number          Street<br><br>                    _____<br><br>                    _____<br>                    City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>             Contact name  _____<br>             Phone  _____ |

<table>
<tr><td colspan="2">■ **Statistical and administrative information**</td></tr>
</table>

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor      **Cox Land Management Family, LLC**
            Name                                                              Case number *(if known)*

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
                imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **06/24/2024**
                MM/ DD/ YYYY

**X** **/s/ Mark J. Cox**                                    **Mark J. Cox**
Signature of authorized representative of debtor            Printed name

Title            **Authorized Member**

**18. Signature of attorney**

**X**          **/s/ Bryan K. Mickler**              Date  **06/24/2024**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Bryan K. Mickler**
Printed name

**Law Offices of Mickler & Mickler, LLP**
Firm name

**5452 Arlington Expy.**
Number        Street

**Jacksonville**                              **FL**        **32211**
City                                          State        ZIP Code

_____                       **bkmickler@planlaw.com**
Contact phone                                 Email address

**091790**                                    **FL**
Bar number                                    State

Fill in this information to identify the case:

Debtor Name **Cox Land Management Family, LLC**

United States Bankruptcy Court for the: _____ **Middle** _____ District of _____ **Florida** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Bank** | **Checking account** | **3  8  3  7** | **($281.00)** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____
   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | **($281.00)** |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____
   7.2 _____   _____

Debtor    **Cox Land Management Family, LLC**                    Case number *(if known)* _____
          Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____          _____

    8.2  _____          _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                    ┌──────────┐
                                                                        │          │
                                                                        └──────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    **$7,288.06**    -    **unknown**    =.....➡    $7,288.06
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       **$7,290.96**    -    **$7,290.96**    =.....➡    $0.00
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        ┌──────────┐
                                                                                 │ $7,288.06 │
                                                                                 └──────────┘

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____          _____    _____

    14.2  _____          _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1 _____          _____          _____    _____

    15.2 _____          _____          _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor   **Cox Land Management Family, LLC**
Name

Case number *(if known)* _____

|  | 16.1 | _____ | _____ | _____ |
|--|------|--------------------------|----------|----------|
|  | 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                                                    _____

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 19. **Raw materials** _____ | MM / DD / YYYY | _____ | | _____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                    _____

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Cox Land Management Family, LLC**                              Case number *(if known)* _____
<br>Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor  **Cox Land Management Family, LLC**    Case number *(if known)*
     Name

| | | |
|---|---|---|
| 40. | **Office fixtures** | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| small tools and 2 mower blades for repairs | unknown | $200.00 |
| 2022 John Deere Z920 Z-Track Mower SN: 101898 | unknown | $3,000.00 |
| 2022 John Deere 648R Z-Track Mower SN: 110267 | unknown | $2,000.00 |
| 2021 John Deere 648 Z-Track Mower SN: 090360 | unknown | $1,800.00 |
| 2021 Scag SFC30- 7CV 30" Commercial Walk Behind Mower SN: R5004570 | unknown | $800.00 |
| 2022 Honda 18" Walk Behind Mower SN: MANA-2011698 | unknown | $800.00 |
| Stihl Backpack Blower SG20 | unknown | $100.00 |
| Stihl Backpack Blower SG20 | unknown | $100.00 |
| Stihl FS131R String Trimmer SN: 53537024 | unknown | $150.00 |
| Stihl FS131R String Trimmer SN: 528569456 | unknown | $150.00 |
| Stihl FS131R String Trimmer | unknown | $150.00 |
| Stihl FS131R String Trimmer | unknown | $150.00 |
| Stihl FS131R String Trimmer SN: 05008276 | unknown | $150.00 |
| Stihl FS131R String Trimmer SN: 533742077 | unknown | $100.00 |
| Stihl F8131 Redfiner | unknown | $100.00 |
| Stihl FC91 Stick Edger SN: 533742077 | unknown | $100.00 |
| Stihl FS91 String Trimmer | unknown | $100.00 |
| Stihl FC91 Stick Edger | unknown | $100.00 |
| Stihl FC91 Stick Edger | unknown | $100.00 |
| Stihl FC91 Stick Edger | unknown | $100.00 |
| Stihl 56K Hedge Trimmer SN: 05008189 | unknown | $200.00 |
| Stihl HL 91 Hedge Trimmer | unknown | $200.00 |
| Stihl HL 94 145 Deg. Hedge Trimmer SN: 5281161917 | unknown | $200.00 |
| Stihl HL 94K 145 Deg. Hedge Trimmer SN: 521053244 | unknown | $200.00 |
| Stihl HT 103 Pole Saw SN: 050079 | unknown | $200.00 |
| Stihl MS194CE Chainsaw SN: 04018117 | unknown | $150.00 |
| Stihl MS 180 Chainsaw SN: 05007616 | unknown | $200.00 |
| Stihl MS211CBE Chainsaw SN: 05007714 | unknown | $200.00 |

| Debtor | **Cox Land Management Family, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Stihl MS250 Chainsaw SN: 05011027** | unknown | | $200.00 |
| **18" Billy Goat Sod Cutter Model SC181H SN: 022122757** | unknown | | $2,000.00 |
| **4 Wheelbarrows** | unknown | | $100.00 |
| **25 Miscellaneous Landscape Tools** | unknown | | $200.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____

    42.2 _____

    42.3 _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

                                                **$14,300.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1 **2018 Ford F250 XLT Deisel / VIN: 1FT7W2BT2JEC87409** | unknown | | $33,400.00 |
|   47.2 **2020 Ford F250 XLT / VIN: 1FT7W2B69LEC27009 VIN:** | unknown | | $33,550.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|   48.1 **2021 Top Shelf Dump Trailer Top Shelf 7x14x4 Hydraulic Lift / VIN: 50ZBE1621PP04304** | unknown | | $5,500.00 |
|   48.2 **2021 18' Enclosed Landscape Trailer / VIN: 50ZBE1620NN029723** | unknown | | $5,000.00 |
|   48.3 **2023 18' Enclosed Landscape Trailer / VIN: 50ZBE1621PP043041** | unknown | | $7,500.00 |

Debtor   **Cox Land Management Family, LLC** _____   Case number *(if known)* _____
         Name

---

49. **Aircraft and accessories**

    49.1 _____   _____   _____   _____

    49.2 _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____   _____   _____   _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.   | **$84,950.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor   **Cox Land Management Family, LLC**                                    Case number (if known) _____
         Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
|       **The Grounds Guys Franchise Agreement with Neighborly** | unknown | | unknown |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
|       **Customer List for lawn care services** | unknown | | unknown |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10**
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Debtor    **Cox Land Management Family, LLC**                                      Case number *(if known)* _____
          Name

|  |  | Current value of debtor's interest |
|--|--|--|

71.    **Notes receivable**

       Description (include name of obligor)

       _____     _____ –   _____ = ➔    _____
                                    Total face amount              doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**

       Description (for example, federal, state, local)

       _____    Tax year _____    _____

       _____    Tax year _____    _____

       _____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

       _____                          _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       _____                          _____

       **Nature of claim**      _____

       **Amount requested**     _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       _____                          _____

       **Nature of claim**      _____

       **Amount requested**     _____

76.    **Trusts, equitable or future interests in property**

       _____                          _____

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       _____                          _____

       _____                          _____

78.    **Total of Part 11**

       Add lines 71 through 77. Copy the total to line 90.                 _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ☑ No
       ☐ Yes

Debtor    **Cox Land Management Family, LLC**    Case number *(if known)* _____
       Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($281.00) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,288.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $84,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $106,257.06 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $106,257.06 |

Fill in this information to identify the case:

Debtor name     **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:     **Middle**     District of     **Florida**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**P.O. Box 380902**

**Minneapolis, MN 55438**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2020 Ford F250 XLT                              **$33,500.00**        **$33,550.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$218,735.44**

Debtor    **Cox Land Management Family, LLC**

Name    Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

**JOHN DEERE CONSTRUCTION &
FORESTRY COMPANY**

**Creditor's mailing address**

**6400 NW 86TH ST**

**Johnston, IA 50131**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**    **7  4  6  8**
**number**

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☑ No.  Specify each creditor, including
this creditor, and its relative
priority.

      **1) JOHN DEERE
CONSTRUCTION &
FORESTRY COMPANY**; 2)
Small Business Administration

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 John Deere 648 Z-Track Mower SN: 090360    $1,271.48    $1,800.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Cox Land Management Family, LLC**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**JOHN DEERE CONSTRUCTION & FORESTRY COMPANY**

Describe debtor's property that is subject to a lien
2022 John Deere Z920 Z-Track Mower SN: 101898

**$6,609.39**     **$3,000.00**

Describe the lien
_____

Creditor's mailing address

**6400 NW 86TH ST**

**Johnston, IA 50131**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
_____

Last 4 digits of account number    **0  7  7  6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **Cox Land Management Family, LLC**                                      Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**JOHN DEERE CONSTRUCTION & FORESTRY COMPANY**

**Creditor's mailing address**

**6400 NW 86TH ST**

**Johnston, IA 50131**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  9  9  9  7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 John Deere 648R Z-Track Mower SN: 110267

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$7,046.57**

Column B: **$2,000.00**

Debtor   **Cox Land Management Family, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.5** Creditor's name

**SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK**

Creditor's mailing address

**P O BOX 25127**

**Winston Salem, NC 27114**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK**;
    2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

18" Billy Goat Sod Cutter Model SC181H SN: 022122757

**$1,809.00**   **$2,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Cox Land Management Family, LLC**                                      Case number (if known) _____
_____
Name

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**Part 1:**  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6**  **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**P.O. Box 830794**

**Birmingham, AL 35283**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　For 18" Billy Goat Sod Cutter Model SC181H SN: 022122757: 1) SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK; **2) Small Business Administration**; For 2021 John Deere 648 Z-Track Mower SN: 090360: 1) JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; **2) Small Business Administration**

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Top Shelf Dump Trailer Top Shelf 7x14x4 Hydraulic Lift, 2021 18' Enclosed Landscape Trailer , 2023 18' Enclosed Landscape Trailer , 18" Billy Goat Sod Cutter Model SC181H SN: 022122757, 2021 John Deere 648 Z-Track Mower SN: 090360, 2021 Scag SFC30- 7CV 30" Commercial Walk Behind Mower SN: R5004570, 2022 Honda 18" Walk Behind Mower SN: MANA-2011698, 25 Miscellaneous Landscape Tools, See Attached List, See Attached List, small tools and 2 mower blades for repairs, Stihl 56K Hedge Trimmer SN: 05008189, Stihl Backpack Blower SG20, Stihl Backpack Blower SG20, Stihl F8131 Redfiner , Stihl FC91 Stick Edger, Stihl FC91 Stick Edger, Stihl FC91 Stick Edger, Stihl FC91 Stick Edger SN: 533742077, Stihl FS131R String Trimmer, Stihl FS131R String Trimmer, Stihl FS131R String Trimmer SN: 05008276, Stihl FS131R String Trimmer SN: 528569456, Stihl FS131R String Trimmer SN: 533742077, Stihl FS131R String Trimmer SN: 53537024, Stihl FS91 String Trimmer, Stihl HL 91 Hedge Trimmer, Stihl HL 94 145 Deg. Hedge Trimmer SN: 5281161917, Stihl HL 94K 145 Deg. Hedge Trimmer SN: 521053244, Stihl HT 103 Pole Saw SN: 050079, Stihl MS 180 Chainsaw SN: 05007616, Stihl MS194CE Chainsaw SN: 04018117, Stihl MS211CBE Chainsaw SN: 05007714, Customer List for lawn care services, 4 Wheelbarrows , Stihl MS250 Chainsaw SN: 05011027

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$121,000.00**        **$34,588.06**

Debtor    **Cox Land Management Family, LLC**    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7** **Creditor's name**
**Truist Bank**

**Creditor's mailing address**
**214 N Tryon St**

**Charlotte, NC 28202**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
        _____
        _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2018 Ford F250 XLT Deisel

**Describe the lien**
2015 F250 Auto Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,499.00    $33,400.00

| Debtor | **Cox Land Management Family, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **United States Attorney**<br>**Middle District of Florida**<br>**400 W Washington St #3100**<br>**Orlando, FL 32801** | Line 2. **6** | __ __ __ __ |
| **United States Small Business Administration**<br>**Attn: Bankruptcy**<br>**409 3rd St SW**<br>**Washington, DC 20416** | Line 2. **6** | __ __ __ __ |
| **UNITED MIDWEST SAVINGS BANK, NA**<br>**6460 BUSCH BLVD. STE 200**<br>**Columbus, OH 43229** | Line 2. **6** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **Cox Land Management Family, LLC**                    Case number (if known) _____
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**P O Box 931200**

**Louisville, KY 40293-1200**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **Cox Land Management Family, LLC**

Name    Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $10,413.00
**Chase Business Line of Credit**    *Check all that apply.*
    ☐ Contingent
**Re: Catch Point Partners**    ☐ Unliquidated
    ☐ Disputed
**P O Box 9001022**
**Louisville, KY 40290**    Basis for the claim: _____

Is the claim subject to offset?
Date or dates debt was incurred _____    ☒ No
Last 4 digits of account number    **3  8  3  7**    ☐ Yes

**3.2**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    unknown
**Chase Ink**    *Check all that apply.*
    ☐ Contingent
**P.O. Box 6294**    ☐ Unliquidated
**Carol Stream, IL 60197-6294**    ☐ Disputed

Basis for the claim: _____
Date or dates debt was incurred _____
Is the claim subject to offset?
Last 4 digits of account number  __ __ __ __    ☒ No
    ☐ Yes

**3.3**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    unknown
**Heartland Payroll**    *Check all that apply.*
    ☐ Contingent
**765 Jefferson Road 350**    ☐ Unliquidated
**Rochester, NY 14623**    ☐ Disputed

Basis for the claim: _____
Date or dates debt was incurred _____    Is the claim subject to offset?
Last 4 digits of account number  __ __ __ __    ☒ No
    ☐ Yes

**3.4**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $280.00
**JP Morgan Chase Bank**    *Check all that apply.*
    ☐ Contingent
**270 Park Avenue**    ☐ Unliquidated
**New York, NY 10017**    ☐ Disputed

Basis for the claim: _____
Date or dates debt was incurred _____    Is the claim subject to offset?
Last 4 digits of account number  __ __ __ __    ☒ No
    ☐ Yes

Debtor    **Cox Land Management Family, LLC**
          Name                                                          Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,982.00**
| **Lowes Home Improvement** | *Check all that apply.*
| | ☐ Contingent
| **17427 Bridge Hill Ct** | ☐ Unliquidated
| **Tampa, FL 33647** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  **4  3  1  1** | ☑ No
| | ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
| **My Franchise CPA** | *Check all that apply.*
| | ☐ Contingent
| **4400 N. Federal HWY 302** | ☐ Unliquidated
| **Boca Raton, FL 33431** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
| **Neighborly Assetco LLC.** | *Check all that apply.*
| | ☐ Contingent
| **1010 N. University Parks Dr.** | ☐ Unliquidated
| **Waco, TX 76707** | ☐ Disputed
| | **potential franchise**
| | Basis for the claim:  **fees**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,610.13**
| **Quickbooks Capital** | *Check all that apply.*
| | ☐ Contingent
| **6888 Sierra Center Pkwy** | ☐ Unliquidated
| **Reno, NV 89511** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor    **Cox Land Management Family, LLC**                              Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.9** Nonpriority creditor's name and mailing address

**QuickBridge Funding**

**410 Exchange**

**Irvine, CA 92602**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Shell Fleet**

**PO Box 9001011**

**Louisville, KY 40290-1011**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,439.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**The Fundworks, LLC**

**5990 Sepulveda Blvd #310**

**Van Nuys, CA 91411**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$80,872.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Verizon Business**

**670 Glynn Isles**

**Brunswick, GA 31525**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Cox Land Management Family, LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$137,246.79** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$137,246.79** |

Fill in this information to identify the case:

Debtor name        **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest — **payroll services** / **Contract to be REJECTED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract — | **Heartland Payroll** <br> **765 Jefferson Road 350** <br> **Rochester, NY 14623** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest — **Florida** / **Contract to be ASSUMED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract — | **Jax Realty Group, LLC** <br> **4940 Emerson St. Suite 101** <br> **Jacksonville, FL 32207** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest — **financial services contract** / **Contract to be REJECTED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract — | **My Franchise CPA** <br> **4400 N. Federal HWY 302** <br> **Boca Raton, FL 33431** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest — **Sale of Assets of Debtor** / **Contract to be ASSUMED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract — | **Obrien, James & Jennifer -** <br> **1480 FALABELLA DR** <br> **Jacksonville, FL 32218** |

**Fill in this information to identify the case:**

Debtor name    **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:    **Middle**    District of    **Florida**
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** **Cox, Mark** | **708 E. American Eagle Drive** <br>Street <br><br> **Saint Augustine, FL 32092** <br>City         State         ZIP Code | **Small Business Administration** | ☑ D <br>☐ E/F <br>☐ G |
| | | **Quickbooks Capital** | ☐ D <br>☑ E/F <br>☐ G |
| | | **The Fundworks, LLC** | ☐ D <br>☑ E/F <br>☐ G |
| | | **QuickBridge Funding** | ☐ D <br>☑ E/F <br>☐ G |
| **2.2** _____ | _____ <br>Street <br><br>_____ <br>City         State         ZIP Code | _____ | ☐ D <br>☐ E/F <br>☐ G |
| **2.3** _____ | _____ <br>Street <br><br>_____ <br>City         State         ZIP Code | _____ | ☐ D <br>☐ E/F <br>☐ G |

| Debtor | **Cox Land Management Family, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | | Street _____ City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street _____ City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street _____ City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name        **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................................

   | $106,257.06 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................

   | $106,257.06 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $218,735.44 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $137,246.79 |

4. **Total liabilities**....................................................................................................................................

   Lines 2 + 3a + 3b

   | $355,982.23 |

Fill in this information to identify the case:

Debtor name     **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$279,335.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$527,309.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$490,198.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

Debtor   **Cox Land Management Family, LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Small Business Administration** <br>Creditor's name <br>**P.O. Box 830794** <br>Street <br><br>**Birmingham, AL 35283** <br>City         State      ZIP Code | **4/2024** <br><br>**5/2024** <br><br>**6/2024** | **$6,000.00** | ☑ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>☐ Other _____ |
| 3.2. **Neighborly Assetco LLC.** <br>Creditor's name <br>**1010 N. University Parks Dr.** <br>Street <br><br>**Waco, TX 76707** <br>City         State      ZIP Code | **6/25/2024** | **$7,500.00** | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>☑ Other **franchise transfer fee** |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Cox, Mark** <br>Creditor's name <br>**708 E. American Eagle Drive** <br>Street <br><br>**Saint Augustine, FL 32092** <br>City         State      ZIP Code <br>Relationship to debtor <br>**None** | **2023-2024** <br>**Last 12 months** | **$55,000.00** | **Salary and Distribution for past 12 months** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor  **Cox Land Management Family, LLC**

Name

Case number *(if known)* _____

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:  Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br><br>_____<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Cox Land Management Family, LLC**                                    Case number *(if known)*
_____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |

Custodian's name
_____

Street
_____

_____
City                     State      ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____
City                     State      ZIP Code

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Recipient's name
_____

Street
_____

_____
City                     State      ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:**   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** _____ | _____ | _____ | _____ |

---

**Part 6:**   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Cox Land Management Family, LLC**                                    Case number *(if known)*
         _____
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Offices of Mickler & Mickler, LLP** | **Attorney's Fee** | **06/24/2024** | **$2,563.00** |
| | **Address** | **court costs** | **06/24/2024** | **$1,738.00** |
| | **5452 Arlington Expy.**<br>Street | **court costs** | **06/24/2024** | **$199.00** |
| | **Jacksonville, FL 32211**<br>City         State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

**13.   Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor  **Cox Land Management Family, LLC** _____        Case number *(if known)* _____
        Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Daryl M. Errick, Jr.**                    **Sold 2020 Ford F250, Proceeds went to Ally**    **6/2024**        **$33,550.00**
                                            **Bank to pay off lien - no net proceeds. Still**
                                            **titled in Debtor's name pending transfer**
   Address                                  **through State**

**314 Todder Trl**
Street

**Goose Creek, SC 29445**
City              State    ZIP Code

   Relationship to debtor

**none**

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Obrien, James & Jennifer -**            **Pending approval from franchisor and court**    **4/29/2024**    **$273,065.00**
                                          **prior to sale being completed.**
   Address

**1480 FALABELLA DR**
Street

**Jacksonville, FL 32218**
City              State    ZIP Code

   Relationship to debtor

**none**

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____        From _____  To _____
       Street

       _____

       _____
       City          State    ZIP Code

Debtor   **Cox Land Management Family, LLC**                                   Case number *(if known)*
_____
         Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | _____ | *Check all that apply:* |
| City        State     ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Cox Land Management Family, LLC**                                          Case number *(if known)* _____
         Name

18.1   _____   XXXX– __ __ __ __   ☐ Checking            _____   _____
       Name                                                    ☐ Savings

       _____                        ☐ Money market
       Street                                                   ☐ Brokerage

       _____                        ☐ Other
       City          State    ZIP Code                          _____

**19.  Safe deposit boxes**

   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State   ZIP Code | | | |

**20.  Off-premises storage**

   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State   ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City    State   ZIP Code | | | |

Debtor  **Cox Land Management Family, LLC**
Name

Case number *(if known)*

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 9

| Debtor | **Cox Land Management Family, LLC** | |
|---|---|---|
| | Name | Case number *(if known)* |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Mollica and Yeaman LLC**<br>Name<br><br>**6850 NW 2nd Ave Apt 20**<br>Street<br><br>**Boca Raton, FL 33487**<br>City          State          ZIP Code | From **07/01/2021**  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Mollica and Yeaman LLC**<br>Name<br><br>**6850 NW 2nd Ave 20**<br>Street<br><br>**Boca Raton, FL 33487**<br>City          State          ZIP Code | From **7/01/2021**  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor **Cox Land Management Family, LLC**
Name _____ Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mark J. Cox**<br>Name<br>**4949 Emerson St. Suite #202**<br>Street<br><br>**Jacksonville, FL 32207**<br>City                     State                     ZIP Code | _____<br>_____<br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Mollica and Yeaman LLC**<br>Name<br>**6850 NW 2nd Ave Apt 20**<br>Street<br><br>**Boca Raton, FL 33487**<br>City                     State                     ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                     State                     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                     State                     ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Cox Land Management Family, LLC**
Name                                                                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mark J. Cox | 4949 Emerson St. Suite #202 Jacksonville, FL 32207 | Authorized Member, owner | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Cox, Mark** <br>Name<br>**708 E. American Eagle Drive**<br>Street<br><br>**Saint Augustine, FL 32092**<br>City                State        ZIP Code | $55,000 - Salary and Distribution | 2023-2024 | salary and distributions |

Relationship to debtor

owner

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Debtor    **Cox Land Management Family, LLC**
_____    Case number *(if known)* _____
Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/24/2024**
_____
MM/  DD/  YYYY

**X** **/s/ Mark J. Cox**
_____    Printed name    **Mark J. Cox**
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Authorized Member**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Cox Land Management Family, LLC**

United States Bankruptcy Court for the:
**Middle District of Florida**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase Business Line of Credit Re: Catch Point Partners P O Box 9001022 Louisville, KY 40290 | | | | | | $10,413.00 |
| 2 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY 6400 NW 86TH ST Johnston, IA 50131 | | | | $7,046.57 | $2,000.00 | $5,046.57 |
| 3 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY 6400 NW 86TH ST Johnston, IA 50131 | | | | $6,609.39 | $3,000.00 | $3,609.39 |
| 4 | JP Morgan Chase Bank 270 Park Avenue New York, NY 10017 | | | | | | $280.00 |
| 5 | Lowes Home Improvement 17427 Bridge Hill Ct Tampa, FL 33647 | | | | | | $1,982.00 |
| 6 | Quickbooks Capital 6888 Sierra Center Pkwy Reno, NV 89511 | | | | | | $21,610.13 |
| 7 | QuickBridge Funding 410 Exchange Irvine, CA 92602 | (888) 233-9085 | | | | | $20,000.00 |
| 8 | Shell Fleet PO Box 9001011 Louisville, KY 40290-1011 | | | | | | $1,439.66 |

Debtor  **Cox Land Management Family, LLC**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Small Business Administration P.O. Box 830794 Birmingham, AL 35283 | | | | $121,000.00 | $34,588.06 | $89,492.42 |
| 10 | The Fundworks, LLC 5990 Sepulveda Blvd #310 Van Nuys, CA 91411 | | | | | | $80,872.00 |
| 11 | Truist Bank 214 N Tryon St Charlotte, NC 28202 | | 2015 F250 Auto Loan | | $47,499.00 | $33,400.00 | $14,099.00 |
| 12 | Verizon Business 670 Glynn Isles Brunswick, GA 31525 | | | | | | $650.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

**In re**   Cox Land Management Family, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   **$5,000.00**

Prior to the filing of this statement I have received ...............................................................   **$2,563.00**

Balance Due .............................................................................................................................   **$2,437.00**

2.   _____ **$1,738.00** _____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/24/2024** | **/s/ Bryan K. Mickler** |
| *Date* | Bryan K. Mickler |
| | *Signature of Attorney* |

Bar Number: 091790
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211
Phone: (904) 725-0822

**Law Offices of Mickler & Mickler, LLP**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: **Cox Land Management Family, LLC**                                              CASE NO

                                                                                         CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/24/2024**       Signature   _____**/s/ Mark J. Cox**_____

                                                    Mark J. Cox, Authorized Member

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438


Chase Business Line of Credit
Re: Catch Point Partners
P O Box 9001022
Louisville, KY 40290


Chase Ink
P.O. Box 6294
Carol Stream, IL 60197-6294


Mark Cox
708 E. American Eagle Drive
Saint Augustine, FL 32092


Heartland Payroll
765 Jefferson Road 350
Rochester, NY 14623


Internal Revenue Service
P O Box 931200
Louisville, KY 40293-1200


Jax Realty Group, LLC
4940 Emerson St. Suite 101
Jacksonville, FL 32207


JOHN DEERE CONSTRUCTION
& FORESTRY COMPANY
6400 NW 86TH ST
Johnston, IA 50131

JP Morgan Chase Bank
270 Park Avenue
New York, NY 10017


Law Offices of Mickler &
Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211


Lowes Home Improvement
17427 Bridge Hill Ct
Tampa, FL 33647


My Franchise CPA
4400 N. Federal HWY 302
Boca Raton, FL 33431


Neighborly Assetco LLC.
1010 N. University Parks Dr.
Waco, TX 76707


James & Jennifer - Obrien
1480 FALABELLA DR
Jacksonville, FL 32218


Quickbooks Capital
6888 Sierra Center Pkwy
Reno, NV 89511


QuickBridge Funding
410 Exchange
Irvine, CA 92602

SHEFFIELD FINANCIAL, A
DIVISION OF TRUIST BANK
P O BOX 25127
Winston Salem, NC 27114

Shell Fleet
PO Box 9001011
Louisville, KY 40290-1011

Small Business
Administration
P.O. Box 830794
Birmingham, AL 35283

The Fundworks, LLC
5990 Sepulveda Blvd #310
Van Nuys, CA 91411

Truist Bank
214 N Tryon St
Charlotte, NC 28202

UNITED MIDWEST SAVINGS
BANK, NA
6460 BUSCH BLVD. STE 200
Columbus, OH 43229

United States Attorney
Middle District of Florida
400 W Washington St #3100
Orlando, FL 32801

United States Small Business
Administration
Attn: Bankruptcy
409 3rd St SW
Washington, DC 20416

Verizon Business
670 Glynn Isles
Brunswick, GA 31525

## United States Bankruptcy Court
### Middle District of Florida

In re   **Cox Land Management Family, LLC** _____

                                       Debtor(s)

Case No. _____

Chapter        **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Cox Land Management Family, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**06/24/2024**_____        _____**/s/ Bryan K. Mickler**_____
Date

                                                 **Bryan K. Mickler**
Signature of Attorney or Litigant
Counsel for **Cox Land Management Family, LLC**
**Bar Number: 091790**
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**Phone: (904) 725-0822**
**Email: bkmickler@planlaw.com**

1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                                CHAPTER  **11**

**Cox Land Management Family, LLC**

DEBTOR(S)                                                             CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Mark J. Cox** 4940 EMERSON STREET SUITE 202 JACKSONVILLE, FL 32207 | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Authorized Member**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**06/24/2024**_____        Signature: __**/s/ Mark J. Cox**_____

*Mark J. Cox, Authorized Member*

# The Grounds Guys of San Marco

## A/R Aging Summary

As of June 19, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Abby Rediker | | | | | | $0.00 |
| Abby Rediker Jobsite | 125.00 | | | | | $125.00 |
| **Total Abby Rediker** | **125.00** | | | | | **$125.00** |
| Adam Brandon | | | | | | $0.00 |
| Adam Brandon Jobsite | | | | | 560.00 | $560.00 |
| **Total Adam Brandon** | | | | | **560.00** | **$560.00** |
| Adrian Andrews | | | | | | $0.00 |
| Adrian Andrews Jobsite | 650.00 | | | | | $650.00 |
| **Total Adrian Andrews** | **650.00** | | | | | **$650.00** |
| Amy Pritchett | | | | | | $0.00 |
| Amy Pritchett Jobsite | 250.00 | | | | | $250.00 |
| **Total Amy Pritchett** | **250.00** | | | | | **$250.00** |
| Annie Janoski | | | | | | $0.00 |
| Annie Janoski Jobsite | 280.00 | | | | | $280.00 |
| **Total Annie Janoski** | **280.00** | | | | | **$280.00** |
| Arlene Adelson | | | | | | $0.00 |
| Arlene Adelson Jobsite | | | | | 240.00 | $240.00 |
| **Total Arlene Adelson** | | | | | **240.00** | **$240.00** |
| Bishop Kenny High School | | | | | | $0.00 |
| Bishop Kenny High School Jobsite | 594.99 | | | | | $594.99 |
| **Total Bishop Kenny High School** | **594.99** | | | | | **$594.99** |
| Bobby Parker | 200.00 | | | | | $200.00 |
| Brook Mussallem | | | | | | $0.00 |
| Brook Mussallem Jobsite | 216.00 | | | | | $216.00 |
| **Total Brook Mussallem** | **216.00** | | | | | **$216.00** |
| Carlos Alosilla | | | | | | $0.00 |
| Carlos Alosilla Jobsite | | 0.45 | 0.63 | 0.03 | | $1.11 |
| **Total Carlos Alosilla** | | **0.45** | **0.63** | **0.03** | | **$1.11** |
| Carol Griffin | | | | | | $0.00 |
| Carol Griffin Jobsite | 230.00 | | 10.00 | | | $240.00 |
| **Total Carol Griffin** | **230.00** | | **10.00** | | | **$240.00** |
| Cathy Cleland | | | | | | $0.00 |
| Cathy Cleland Jobsite | | | | | 250.00 | $250.00 |
| **Total Cathy Cleland** | | | | | **250.00** | **$250.00** |
| Cheryl Karl | | | | | -165.00 | $ -165.00 |
| Chris Sanders | | | | | | $0.00 |
| Chris Sanders Jobsite | | | | | 260.00 | $260.00 |
| **Total Chris Sanders** | | | | | **260.00** | **$260.00** |
| Cindy Kosanda | | | | | | $0.00 |
| Cindy Kosanda Jobsite | | | | | 230.00 | $230.00 |
| **Total Cindy Kosanda** | | | | | **230.00** | **$230.00** |
| Diana Bridges | | | | | | $0.00 |

# The Grounds Guys of San Marco

## A/R Aging Summary

As of June 19, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bridges-3051 South Ponte Vedra Boulevard-L&L Maint | | | | | -0.01 | $ -0.01 |
| **Total Diana Bridges** | | | | | **-0.01** | **$ -0.01** |
| Eleanor Coalson | | | | | | $0.00 |
| Eleanor Coalson Jobsite | 285.00 | | | | | $285.00 |
| **Total Eleanor Coalson** | **285.00** | | | | | **$285.00** |
| Frank Eberling | | | | | | $0.00 |
| Frank Eberling Jobsite | 240.00 | | | | | $240.00 |
| **Total Frank Eberling** | **240.00** | | | | | **$240.00** |
| Ingrid Zuzarte | | | | | | $0.00 |
| Ingrid Zuzarte Jobsite | 150.00 | | | | | $150.00 |
| **Total Ingrid Zuzarte** | **150.00** | | | | | **$150.00** |
| Jackie Hughey | | | | | | $0.00 |
| Jackie Hughey Jobsite | 230.00 | | | | | $230.00 |
| **Total Jackie Hughey** | **230.00** | | | | | **$230.00** |
| Jan Magiera | | | | | | $0.00 |
| Jan Magiera Jobsite | | | | | -200.00 | $ -200.00 |
| **Total Jan Magiera** | | | | | **-200.00** | **$ -200.00** |
| Jan White | | | | | | $0.00 |
| Jan White Jobsite | | | | | 230.00 | $230.00 |
| **Total Jan White** | | | | | **230.00** | **$230.00** |
| Jane Bracken | | | | | | $0.00 |
| Jane Bracken Jobsite | 250.00 | | | | | $250.00 |
| **Total Jane Bracken** | **250.00** | | | | | **$250.00** |
| Jane Lewis | | | | | | $0.00 |
| Jane Lewis Jobsite | 280.00 | | | | | $280.00 |
| **Total Jane Lewis** | **280.00** | | | | | **$280.00** |
| Janet Sanford | | | | | | $0.00 |
| Janet Sanford Jobsite | | | | | 320.00 | $320.00 |
| **Total Janet Sanford** | | | | | **320.00** | **$320.00** |
| Jason Waring | | | | | | $0.00 |
| Jason Waring Jobsite | | | | | 195.00 | $195.00 |
| **Total Jason Waring** | | | | | **195.00** | **$195.00** |
| Jeff Caudill - 01B64930-65B8-4BEC-9693-BA21DEBCB520 | | | | | | $0.00 |
| Jeff Caudill | 260.00 | | | | | $260.00 |
| **Total Jeff Caudill - 01B64930-65B8-4BEC-9693-BA21DEBCB520** | **260.00** | | | | | **$260.00** |
| Jim Mika | | | | | | $0.00 |
| Jim Mika Jobsite | | | | | 560.00 | $560.00 |
| **Total Jim Mika** | | | | | **560.00** | **$560.00** |
| Josh Brooke | | | | | | $0.00 |
| Josh Brooke Jobsite | 700.00 | | | | | $700.00 |
| **Total Josh Brooke** | **700.00** | | | | | **$700.00** |
| Joy Caldwell | | | | | | $0.00 |

# The Grounds Guys of San Marco

## A/R Aging Summary

As of June 19, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Joy Caldwell Jobsite | | | | | 0.00 | $0.00 |
| **Total Joy Caldwell** | | | | | **0.00** | **$0.00** |
| Karen Wendzel | | | | | | $0.00 |
| Karen Wendzel Jobsite | 205.00 | | | | | $205.00 |
| **Total Karen Wendzel** | **205.00** | | | | | **$205.00** |
| Kathy Van Osdol | | | | | | $0.00 |
| Kathy Van Osdol Jobsite | | | | | 260.00 | $260.00 |
| **Total Kathy Van Osdol** | | | | | **260.00** | **$260.00** |
| Kevin Lam | | | | | | $0.00 |
| Kevin Lamb Jobsite | | | | | 500.00 | $500.00 |
| **Total Kevin Lam** | | | | | **500.00** | **$500.00** |
| Kim Garcia | 230.00 | | | | | $230.00 |
| Marcelo Aponte - 8966709 | | | | | | $0.00 |
| Marcelo Aponte | 335.00 | | | | | $335.00 |
| **Total Marcelo Aponte - 8966709** | **335.00** | | | | | **$335.00** |
| Maria Pucci | | | | | | $0.00 |
| Maria Pucci Jobsite | | | | | 450.00 | $450.00 |
| **Total Maria Pucci** | | | | | **450.00** | **$450.00** |
| Marilyn DeSimone | | | | | | $0.00 |
| Marilyn DeSimone Jobsite | 325.00 | | | | | $325.00 |
| **Total Marilyn DeSimone** | **325.00** | | | | | **$325.00** |
| Matt Lewis | | | | | | $0.00 |
| Matt Lewis Jobsite | | | | | 750.00 | $750.00 |
| **Total Matt Lewis** | | | | | **750.00** | **$750.00** |
| Mr. Dietz | | | | | | $0.00 |
| Mr. Dietz Jobsite | | 280.00 | | | | $280.00 |
| **Total Mr. Dietz** | | **280.00** | | | | **$280.00** |
| Rebecca Joyce | | | | | | $0.00 |
| Rebecca Joyce Jobsite | | | | | 345.00 | $345.00 |
| **Total Rebecca Joyce** | | | | | **345.00** | **$345.00** |
| Reza Barikbin | | | | | | $0.00 |
| Reza Barikbin Jobsite | | | | | 490.00 | $490.00 |
| **Total Reza Barikbin** | | | | | **490.00** | **$490.00** |
| Sandy Lee | | | | | | $0.00 |
| Sandy Lee Jobsite | 240.00 | | | | 240.00 | $480.00 |
| **Total Sandy Lee** | **240.00** | | | | **240.00** | **$480.00** |
| Sharon Curran | | | | | | $0.00 |
| Sharon Curran Jobsite | | | | | 260.00 | $260.00 |
| **Total Sharon Curran** | | | | | **260.00** | **$260.00** |
| Stacy Blum | | | | | | $0.00 |
| Stacy Blum Jobsite | | | | | 320.00 | $320.00 |
| **Total Stacy Blum** | | | | | **320.00** | **$320.00** |

# The Grounds Guys of San Marco

## A/R Aging Summary

As of June 19, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Stephen Barnette | | | | | | $0.00 |
| Stephen Barnette Jobsite | | | | | 130.00 | $130.00 |
| **Total Stephen Barnette** | | | | | **130.00** | **$130.00** |
| Susan | | | | | | $0.00 |
| Susan Jobsite | | | | | -725.00 | $ -725.00 |
| **Total Susan** | | | | | **-725.00** | **$ -725.00** |
| Tedd Hensley | | | | | | $0.00 |
| Tedd Hensley Jobsite | | 240.00 | | | | $240.00 |
| **Total Tedd Hensley** | | **240.00** | | | | **$240.00** |
| Tina Mayer | | | | | | $0.00 |
| Tina Mayer Jobsite | | | | | 225.00 | $225.00 |
| **Total Tina Mayer** | | | | | **225.00** | **$225.00** |
| Trip Willis | | | | | | $0.00 |
| Trip Willis Jobsite | | | | | 325.00 | $325.00 |
| **Total Trip Willis** | | | | | **325.00** | **$325.00** |
| Tyrone Thornhill | | | | | | $0.00 |
| Tyrone Thornhill Jobsite | | | | 0.99 | | $0.99 |
| **Total Tyrone Thornhill** | | | | **0.99** | | **$0.99** |
| Valerie Harden - 8550776 | | | | | 250.00 | $250.00 |
| Vanessa Martinez | | | | | 740.94 | $740.94 |
| Vanessa Martinez Jobsite | 270.00 | | | | | $270.00 |
| **Total Vanessa Martinez** | **270.00** | | | | **740.94** | **$1,010.94** |
| Virgilio Saldajeno | | | | | | $0.00 |
| Virgilio Saldajeno Jobsite | 210.00 | | | | | $210.00 |
| **Total Virgilio Saldajeno** | **210.00** | | | | | **$210.00** |
| Yvette Norton | | | | | | $0.00 |
| Yvette Norton Jobsite | | | | | 250.00 | $250.00 |
| **Total Yvette Norton** | | | | | **250.00** | **$250.00** |
| TOTAL | $6,755.99 | $520.45 | $0.00 | $11.62 | $7,290.96 | $14,579.02 |